# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| ALAN ELLIS,<br><br>       Plaintiff,<br>vs.<br><br>RONALD GOLDBERG,<br><br>       Defendant. | No. C 16-4119-MWB<br><br>**OPINION AND ORDER REGARDING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF** |

_____

On March 27, 2017, I entered a Temporary Restraining Order, without written or oral notice to defendant Goldberg and without the posting of a bond, enjoining Goldberg from directly or indirectly dissipating, wasting, or disposing, in any manner, of monies received or to be received relating to the settlement of a lawsuit in California, Case No. BC592332, which was dismissed on March 3, 2017. I now enter this Opinion And Order on Ellis's March 27, 2017, Motion For Injunctive Relief And Temporary Restraining Order (docket no. 13), addressing whether, after hearing both parties on April 5, 2017, a Preliminary Injunction should issue before the Temporary Restraining Order expires.

On April 3, 2017, Goldberg emailed my office a courtesy copy of his *pro se* Certification In Opposition To Plaintiff's Motion For Injunctive Relief And Temporary Restraining Order, a copy of which was filed on April 5, 2017, as docket no. 18. In his Certification In Opposition, Goldberg represented that his corporation, Alliance Capital Corp., rather than Goldberg personally, was entitled to and did receive the settlement proceeds from the California case and that Alliance Capital Corp. has already spent those funds on day-to-day expenses. Accepting Goldberg's representations as true and, more

importantly, in the absence of any evidence that the settlement proceeds still exist, I find no basis to convert the Temporary Restraining Order into a Preliminary Injunction.

THEREFORE, Ellis's March 27, 2017, Motion For Injunctive Relief And Temporary Restraining Order (docket no. 13) is **denied**, and the March 27, 2017, Temporary Restraining Order (docket no. 14) is **vacated**.

**IT IS SO ORDERED**.

**DATED** this 5th day of April, 2017.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA